

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-24-00131-CR

ALFRED REYNOLDS, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 202nd District Court
Bowie County, Texas
Trial Court No. 22-F-0097-202

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

## MEMORANDUM OPINION

A Bowie County jury found Alfred Reynolds guilty of one count of aggravated assault with a deadly weapon, a second-degree felony. *See* TEX. PENAL CODE ANN. § 22.02(b)(1) (Supp.). Based on the jury's assessment of punishment, the trial court sentenced Reynolds to twenty years' incarceration. The trial court ordered Reynolds's sentence to run concurrently with his convictions for three counts of deadly conduct referenced in our appellate cause numbers 06-24-00132-CR, 06-24-00133-CR, and 06-23-00134-CR.

The evidence shows that Reynolds fired three shots at close range to a sedan in the parking lot of a Texarkana apartment complex. The front passenger-seat occupant was wounded, resulting in the aggravated assault charge. The driver's seat was occupied, and there were two children in the backseat. The deadly conduct charges related to those latter three victims.

In his consolidated brief, Reynolds purports to address all four of his convictions.

Reynolds presents one point of error in his consolidated brief, but that point of error does not challenge his conviction for aggravated assault with a deadly weapon. The gist of Reynolds's lone consolidated point of error is that he was aiming at the person in the front passenger seat, so he did not discharge his firearm "at or in the direction of" any of the other vehicle occupants. Accordingly, Reynolds has failed to present a cogent argument demonstrating any error regarding his aggravated assault with a deadly weapon conviction. *See* TEX. R. APP. P. 38.1(i).

We affirm the trial court's judgment.

Jeff Rambin
Justice

Date Submitted:     March 3, 2025
Date Decided:       May 6, 2025

Do Not Publish